WHITEMAN v. STATE.

Ohio Supreme Court.

No. 21174. Decided Nov. 14, 1928.

Error to Hamilton Appeals.

Judgment affirmed.

MARSHALL, CJ.

CRIMINAL LAW.

(190 R4) In the trial of persons jointly indicted for robbery, where the identity of the defendants is an issue, it is not error to receive testimony of other unconnected crimes, whether previously or subsequently committed, where the sole purpose of such testimony is to establish identity and where the testimony is relevant to that issue and the jury's consideration is limited thereto.

(190 E4) Where other offenses of like character are committed by the same persons in the same locality within a period of time reasonably near to the offense on trial and where the same plan, system and methods are followed, testimony of such other offenses is relevant to the issue of identity. Evidence of collateral offenses is never received as substantive evidence to prove the commission of the offense on trial. It is the province of the court to determine whether such testimony would be misleading or too remote, but it is the province of the jury to determine its probative value.

(Day, Kinkade and Jones, JJ., concur.)

---

## Weekly Report of NEW CASES DOCKETED

Nov. 7, 1928

21407—Allen v. Indus. Com.; motion to cer-

tify, Trumbull county. Warren Thomas, Warren, and W. L. Countryman, Youngstown, for pltff.; Lynn B. Griffith, Warren, for deft.

21403—Seiple Wolfe Const. Co. et v. Ayres et; motion to certify, Tuscarawas county. E. N. Higgins, Jas. A. White, Columbus, for pltff.; Wilkin, Fernsell, Fisher & Limbach, New Philadelphia, for defts.

Nov. 10, 1928

21409—Kellar v. L. S. E. Ry. Co.; motion to certify, Erie county. John F. McCrystal, Sandusky, for pltff.; King, Ramsey & Flynn, Sandusky, for deft.

Nov. 13, 1928

21410—State ex Hile v. Zangerle, Auditor et; motion for Cuyahoga Appeals to certify. Geo. D. Hile, Cleveland, for pltff.; E. C. Stanton and E. J. Thobaben, Cleveland, for deft.

21411—Perfection Stove Co. v. Scherer et; motion for Cuyahoga Appeals to certify. Thompson, Hine & Flory, Cleveland, for pltff.; Cerrizin & Wilson and C. M. Harrison, Cleveland, for deft.

21412—Bloom v. Leech, Adm., etc.; motion for Huron Appeals to certify. Young & Young, Norwalk, for pltff.; King, Ramsey & Flynn, Sandusky, for deft.

21413—Aurand, Admr., etc., v. Stranahan; motion for Huron Appeals to certify. Young & Young, Norwalk, for pltff.; Parkhurst & Buckingham, Bellevue, for deft.

Nov. 14, 1928

21414—American Shipbuilding Co. v. Michalski et; motion for Lorain Appeals to certify. Crew & Secrest, Cleveland, for pltff.; John M. Pindras and Jesse Stephens, Cleveland and Harry M. Reddington, Elyria, for defts.

---

## PROCEEDINGS OF SUPREME COURT

### GENERAL DOCKET.

21051—Langel v. Moore, Assignee; error to Licking Appeals. Affirmed. Marshall, C. J., Day, Allen, Kinkade, Robinson, Jones and Matthias, JJ., concur.

21098—Interstate Motor Transit Co. et v. P. U. C.; error to P. U. C. Affirmed. Marshall, C. J., Day, Allen, Kinkade, Robinson, Jones and Matthias, JJ., concur.

21174—Whiteman v. State; error to Hamilton Appeals. Affirmed. Marshall, C. J., Day, Kinkade and Jones, JJ., concur.

21184—Grubb v. P. U. C.; error to P. U. C. Affirmed. Marshall, C. J., Day, Allen, Kinkade, Robinson, Jones and Matthias, JJ., concur.

21351—State, ex Turner, Att. Gen., v. Columbus, D. & M. Elec. Co. In Mandamus. Dismissed on application of relator at its costs, without record.

### MOTION DOCKET

21241—Bailey Co. v. Kooczko, etc. Motion for Cuyahoga Appeals to certify. Dismissed on application of plaintiff in error, at its costs.

## THE OMNIBUS INDEX

Covering all Published Ohio Cases and showing on what page of The Abstract will be found the final disposition of all those which are carried to the Supreme Court. The only index of its kind.

ABBREVIATIONS.

Abs.—The Ohio Law Abstract.